UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ASUKWO MENDE ARCHIBONG,** : | Civil Action No. 15-4771 (MCA) |
| *Plaintiff,* : | |
| v. : | |
| : | ORDER |
| **FORMULA ONE AUTO IMPORTS** : | |
| **And JOHN KUSICK** : | |
| *Defendants.* : | |

**THIS MATTER** having come before the Court by way of <u>pro se</u> Plaintiff Asukwo Mende Archibong's motions: (1) "To Reopen The Case and For Breach Of Contract," Dkt. No. 28; and (2) "To Preclude Defendants From Further Direct Contact With the Judges In The Instant Case," Dkt. No. 34; and it appearing that the Honorable Leda Dunn Wettre issued a Report and Recommendation dated March 31, 2016 in which Judge Wettre recommended that this Court deny Plaintiff's motions, Dkt. No. 35; and

it appearing that neither Defendants nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation

**IT IS** on this 19th day of April, 2016,

**ORDERED** that Judge Wettre's Report and Recommendation dated March 31, 2016, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion To Reopen The Case and For Breach Of Contract is **DENIED,** Dkt. No. 28, and Plaintiff's Motion To Preclude Defendants From Further Direct Contact With the Judges In The Instant Case is **DENIED**, Dkt. No. 34; and it is further

**ORDERED** that this case is hereby **CLOSED**.

                */s Madeline Cox Arleo*
                **Hon. Madeline Cox Arleo**
                **United States District Judge**